# United States Bankruptcy Court
## Eastern District of Virginia
### Alexandria Division

**TO:**
John E. Rinaldi
Walsh, Colucci, Lubeley, Emrich & Walsh
4310 Prince William Pkwy., Suite 300
Prince William, VA 22192

**In re:** Alex Mehrabi **Case Number** 15–11395–RGM
**Chapter** 13
**Adversary Proceeding Number** 15–01097–RGM

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*10* – Notice of Hearing of Motion to Dismiss (Re: related document(s)8 Motion to Dismiss Party filed by Wells Fargo Bank) filed by John E. Rinaldi of Walsh, Colucci, Lubeley, Emrich & Walsh on behalf of Wells Fargo Bank. Hearing scheduled for 9/1/2015 at 09:00 AM at Judge Mayer's Courtroom, 200 South Washington Street, 2nd Floor, Courtroom I, Alexandria, VA. (Rinaldi, John)

**REQUIREMENTS OF FORM/PROCESS:**

- ▁ Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.
- ▁ Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.*
- ▁

**MOTION FOR EXPEDITED HEARING [LBR 9013–1(N)]:**

- ▁ Not accompanied by Certification Regarding Request for Expedited Hearing*.
- ▁

**MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:**

- ▁ Not accompanied by proof of service indicating service of motion upon parties required to be served.
- ▁ Notice as required by LBR 4001(a)–1(C) not clearly stated or conspicuously provided in motion.
- ▁ Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.
- ▁

**NOTICE OF MOTION OR OBJECTION/NOTICE OF HEARING:**

- ▁ Official Form 20A* – Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.
- ▁ Official Form 20B* – Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.
- ▁ Date, time and/or location omitted or incorrect in Notice of Hearing.
- ▁ Notice of Hearing/Response not properly linked to Motion/Application/Objection
- **X** Time of Hearing is incorrect in Notice of Hearing

*A copy of the above–referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov

Date:   July 28, 2015                                CLERK, UNITED STATES BANKRUPTCY COURT

                                                     By /s/ Elizabeth W. Douglass, Deputy Clerk
[igmotionvOct2013.jsp]                               Direct Dial Telephone No. 703–258–1221